ACCEPTED
04-15-00469-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 10:42:09 AM
KEITH HOTTLE
CLERK

NO. 04-15-00469-CV

IN THE FOURTH COURT OF APPEALS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 10:42:09 AM
KEITH E. HOTTLE
Clerk

## CASH BIZ, LP, CASH ZONE, LLC D/B/A CASH BIZ and REDWOOD FINANCIALS, LLC

*Appellants.*

v.

## HIAWATHA HENRY, ADDIE HARRIS, MONTRAY NORRIS, and ROOSEVELT COLEMAN, JR., on behalf of themselves and for all other similarly situated

*Appellees.*

From the 224th Judicial District Court for
Bexar County, Texas, No. 2015-CI-01545

## AGREED MOTION TO EXTEND TIME TO FILE APPELLANTS' REPLY BRIEF

Edward S. Hubbard
State Bar No. 10131700
ehubbard@coatsrose.com

Patrick E. Gaas
State Bar No. 07562790
pgaas@coatsrose.com

**COATS, ROSE, YALE, RYMAN & LEE, P.C.**
9 Greenway Plaza, Suite 1100
Houston, Texas 77046
(713) 651-0111
(713) 651-0220 Facsimile

**COUNSEL FOR APPELLANTS**

**ORAL ARGUMENT REQUESTED**

010725.000005\4829-4447-7737.v1

TO THE HONORABLE COURT OF APPEALS:

Appellants, Cash Biz, LP, Cash Zone, LLC d/b/a Cash Biz, and Redwood Financial, LLC, joined by Appellees Hiawatha Henry, Addie Harris, Montray Norris, and Roosevelt Coleman, Jr., present this agreed motion to extend the time to file the Appellants' Reply Brief and to mutually extend the deadline for filing the Appellants' Reply Brief under the authority of TEX. R. APP. P. 38.6(d), 10.1, and 10.5(b)(1) and (3).

1.　　Appellants' Reply Brief is due on October 26, 2015. Appellants' counsel is requesting a 10-day extension to file Appellants' Reply Brief to November 4, 2015.  In accordance with Rule 10.5(b)(1)(c), the following facts reasonably explain the need for further time.  Appellate Counsel for the Appellants are involved in other time-sensitive appellate matters, including the following:

　　a. Appellants' Counsel is under a pleadings deadline of October 22, 2015 in *BASF Corporation et. al. v. CB&I Contractors, Inc. FKA et. al.;* in the 23rd Judicial District Court of Parish of Ascension, State of Louisiana, Docket No. 00111524B, to revise pleadings in a complex construction contract dispute; and

　　b. Appellants' Counsel is providing legal services on a daily basis in support of the Early Voting Supervisors, Presiding Judges, Ballot Board

010725.000005\4829-4447-7737.v1

and Signature Verification Board in Harris County during early voting and on Election Day for the November 3rd General Election.

Based on these facts, Appellants respectfully request an extension of time of 10 days to file their Reply Brief. With the extension, the Appellants' Reply Brief would be filed on or before November 4, 2015.

2.      No previous extensions have been sought or granted regarding the filing of the Appellants' Reply Brief.

3.      Appellants apologize to the court for any delay or inconvenience the necessity for an extension may cause.

4.      This motion is agreed to by all parties.  This request is not sought for delay, but in order that justice may be done.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants, joined by the Appellees, ask this Honorable Court to grant an extension of 10 days, until November 4, 2015 to file the Appellants' Reply Brief, and to grant the same extension to the Appellees to file the Appellees' Reply Brief; and ask that all other briefing periods remain unchanged. Appellants and Appellees also pray for any other relief to which they may be entitled.

010725.000005\4829-4447-7737.v1

Respectfully submitted,

**COATS, ROSE, YALE, RYMAN & LEE, P.C.**

By:     _/S/ Edward S. Hubbard_
        Edward S. Hubbard
        State Bar No. 10131700
        ehubbard@coatsrose.com
        Patrick E. Gaas
        State Bar No. 07562790
        pgass@coatsrose.com
        Sam Arora
        State Bar No. 24034287
        sarora@coatsrose.com
        9 Greenway Plaza, Suite 1100
        Houston, Texas  77046-0307
        (713) 651-0111
        (713) 651-0220 facsimile

**ATTORNEYS FOR THE APPELLANTS**

**HANSZEN LAPORTE**

By:     _/S/ Daniel Dutko_
        Daniel Dutko
        State Bar No24054206
        ddutko@hanszenlaporte.com
        11767 Katy Freeway, Suite 850
        Houston, Texas 77079
        713-522-9444
        713-524-2580

**ATTORNEYS FOR THE APPELLEES**

010725.000005\4829-4447-7737.v1

# CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing instrument has been served upon all counsel of records, listed below, by electronic service, e-mail, certified mail, return receipt requested, or by facsimile, or by hand delivery of same on the 21st day of October, 2015.

Daniel Dutko
Hanszen Laporte
11767 Katy Freeway, Suite 850
Houston, Texas 77079

*/S/ Edward S. Hubbard*
Edward S. Hubbard